

# United States District Court
## Northern District of Illinois
### Prisoner Civil Cover Sheet



**FILED**
MAY 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):**
JOSHUA HALL

**Defendant(s):**
JB PRITZKER, ET AL.

**County of Residence:**
Dauphin

**Plaintiff's Address:**
Name: Joshua Hall

**Unit Field:** 104525

**(Prisoner ID Field (USM# ONLY)**

**Address:**
Dauphin County Prison
501 Mall Road
Harrisburg PA 17111-1299

**County of Residence:**

**Defendant's Attorney:**
AUSA
219 South Dearborn Street
Chicago, IL 60604

25-cv-5593
Judge Edmond E. Chang
Magistrate Judge Heather K. McShain
Random PC 7

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. gov't. not a party)
■ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Origin:**

Plaintiff:
■ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened

Defendant:
☐ 5. Transferred from Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 - Civil Rights

**Cause of Action:** 28:1331b

**Jury Demand:** ■ Yes   ☐ No

**Signature:** M. Navarro   **Date:** 5/19/2025

Rev. 02/12/2019