Case: 1:25-cv-05593 Document #: 4 Filed: 05/19/25 Page 1 of 4 PageID #:24
FILED
MAY 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

25-cv-5593
Judge Edmond E. Chang
Magistrate Judge Heather K. McShain
Random PC 7

Dear Clerk of Court,

We ask you to please file the following civil complaint along with our motion/application for leave to proceed In Forma Pauperis on the public docket in this district (The Northern District of Illinois, Eastern Division). It is an important civil rights case for the people of Illinois and the citizenry of our country as a whole. We also ask that a judge be assigned to this case who is fair, impartial and does not harbor deep-seated resentment and political bias against President Trump, his supporters or the lawfully elected Governor of this state who is an integral part of this lawsuit, Rod R. Blagojevich. We make a jury demand so that our fellow citizens may decide on the merits of our claims and not a potentially politically biased judge since Rod R. Blagojevich was unlawfully prosecuted in this very courthouse approximately 14 years ago. It would be a grave conflict of interest and highly unethical for any judge in this courthouse to directly decide on the merits of our claims on this basis. We also ask that you please send us a confirmation of receipt (one to me, Joshua Hall and one to my co-plaintiff, Eric Heilner) of our complaint and that it has been appropriately docketed at the address on the back of this page. Please also send our docket number, any rulings, a notice of the evidentiary hearing that we have asked the court for to bring forth and fully litigate our claims, the scheduling of the jury trial that we have demanded on this matter and any other relevant material pertaining to our case to each of us at this address. Thank you kindly for your attention to this matter and God Bless you.

Respectfully Submitted, Joshua Hall and Eric Heilner

P.S. Because we are suing both state and federal officials in this matter, we leave it to the court to decide whether to file it as a civil rights complaint under 42 U.S.C. § 1983 pertaining to state officials, 28 U.S.C. § 1331 pertaining to federal officials or both. Most of our defendants are state defendants but we also have sued some federal defendants (This lawsuit relates to the state of Illinois and the illegal actions of state and federal officials within) which is why I checked both statutes for it to be filed under. Again, we leave this up to the court. Thank you kindly,

Addresses to mail us at

Joshua Hall
ID #104525
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111-1299

Eric Heilner
ID #110602
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111-1299

NAME: Joshua Hall
D.C.P# 104525
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG PA 17111-1299

ATTN: The Clerk of Court
U.S. District Court - Northern District of Illinois
Dirksen Federal Building
219 South Dearborn Street
Chicago, IL 60604



05/19/2025-2

