Joshua Hall and Eric Heilner
vs.
JB Pritzker et al

Case No: 1:25-cv-05593

**FILED JUN 09 2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

## In The United States District Court For The Northern District of Illinois, Eastern Division

To The Honorable Judge of the said court

### Motion For a Preliminary Injunction Due To Our Likelihood To Succeed On The Merits

We bring forth this motion for a preliminary injunction in Civil Case No 1:25-cv-05593 to enjoin and RESTRAIN defendant JB Pritzker from carrying out his official duties as Governor of Illinois due to our likelihood to succeed on the merits in this case. We demand his immediate removal from office and the immediate reinstatement of the lawfully-elected Governor of Illinois Rod Blagojevich to the office that was illegally stolen from him and the people of Illinois via an illegal scheme orchestrated by defendants in this case. Governor Blagojevich has now been found innocent by the Chief Law Enforcement Officer in our nation, President Donald J. Trump, on all charges for which he was unlawfully impeached, removed from office and falsely imprisoned for 8 years. We therefore demand retribution and that Governor Blagojevich be immediately returned to the office of Governor of Illinois to finish serving out his lawful term in office... which shall pick up from the day that he was illegally removed from office in January 2009. JB Pritzker must be immediately enjoined and RESTRAINED from carrying out his duties while this case is ongoing as he is illegitimately occupying and trespassing in the office of Governor of Illinois. We ........(turn page)

plaintiffs and the citizenry of Illinois as well as Governor Blagojevich face irreparable harm if preliminary relief is not granted in the form of continuing to have our First Amendment rights to choose our own leaders violated and conspired against by depriving us of our duly-elected Governor and allowing an illegitimate one to continue illegally occupying this high office against the will of the people. The balance of equities also tips heavily in our favor and is on the side of plaintiffs, the citizenry of Illinois and Governor Blagojevich as it is always in the public interest to have a government that abides by the law, respects the will of the people and protects our Constitutional rights - In this case our First Amendment right to vote for the elected leaders whom we choose to enact our agenda like the citizenry of Illinois chose Governor Blagojevich to before that fundamental right was not just disregarded - but illegally stolen from us by defendants in this case. All of the factors tip in our favor (strongly) for preliminary relief to be awarded in this case to prevent us from suffering irreparable harm. It is for the foregoing reasons and on behalf of the citizenry and the duly elected Governor of the state of Illinois Rod R. Blagojevich that I, Joshua Hall and my co-plaintiff/movant, Eric Heilner, hereby move for a preliminary injunction in Civil Case No 1:25-cv-5593 to enjoin and RESTRAIN defendant JB Pritzker from carrying out his official duties as Governor of Illinois pending full adjudication and resolution of this case.

Signed this 30th day of May, 2025

Joshua A. Hall                Eric Heilner
(Signature of Plaintiff/Movant) (Signature of Plaintiff/Movant)

Dear Clerk of Court,

Please docket the accompanying motion on the public docket for Civil Case No 1:25-cv-05593 in this district for the judge assigned to this case to rule on. We consent to an evidentiary hearing on this motion, should the court deem it to be appropriate. We also assert our right to have a United States District Judge, not a Magistrate Judge, preside over this case and make a jury demand as we have from the outset so that a jury of our peers may decide on the merits of our claims due to this case's particular and unique interest to the public and the citizenry of Illinois. Please mail us each a copy of receipt of this motion, any scheduled hearing on it, any rulings on it and/or any other relevant information pertaining to this case. As always, we assert and reserve our right to appeal any adverse rulings to a higher court. Thank you kindly for your attention to this matter and we look forward to continuing to litigate this case on behalf of ourselves, the citizenry of Illinois and the lawfully-elected Governor of this state, Rod R Blagojevich so that he may be returned to the office that was illegally stolen from him and the people of Illinois. We genuinely hope that this court can fairly dispose of this case in a non-biased, impartial manner due to the fact that Governor Blagojevich was wrongfully prosecuted and convicted in this very courthouse almost 15 years ago on charges that he has now been found innocent of by the highest law enforcement officer in our country and there are judges in this courthouse who are defendants in this case. Please keep us updated.

Respectfully Submitted, Joshua Hall and Eric Heilner

**06092025-27**



RECEIVED

JUN 0 9 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NAME: Joshua Hall
D.C.P. # 104525
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA 171
2 JUN 2025 PM 3 L
FIRST-CLASS
US POSTAGE (IMI) PITNEY BOWES
ZIP 17111
02 7H
0006226490
$ 000.69⁰
JUN 02 2025

ATTN: The Clerk of Court
United States District Court - Northern District of Illinois
Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604